■ In the Matter of J. DANIEL LENAHAN, an Attorney, Resignor. [813 NYS2d 315]—Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of CHARLES W. TERMINI, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [813 NYS2d 315]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Hensel*, 24 AD3d 1324 [2005]; *Matter of Wedlock*, 230 AD2d 422 [1997]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Apr. 13, 2006.)

■ In the Matter of ROBERT N. BAKALIK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [813 NYS2d 315]—Order of suspension entered. Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Apr. 13, 2006.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MCKINNEY, Appellant. [813 NYS2d 690]—Motion for writ of error coram nobis denied. Present—Kehoe, J.P., Scudder, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE ELLINGTON, Appellant. [813 NYS2d 690]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX MERCED, Appellant. [813 NYS2d 690]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN MARTINEZ, Appellant. [813 NYS2d 690]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELVIN SPEED, Appellant. [813 NYS2d 690]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe and Pine, JJ.